# Court of Appeals
# of the State of Georgia

ATLANTA, December 07, 2012

*The Court of Appeals hereby passes the following order*

**A13D0129. IN THE INTEREST OF: E. D. T., A CHILD (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

12JV780



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 07, 2012.*

*I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*